SWENSON, imp., Appellant, vs. FLINT and others, Respondents.

*December 16, 1904—January 10, 1905.*

*Appeal and error: Affirmance by divided court.*

Where the justices of the supreme court are equally divided, the judgment appealed from is affirmed.

Appeal from a judgment of the circuit court for Dane county: E. Ray Stevens, Circuit Judge. *Affirmed.*

Action to foreclose a mechanic's lien on building and property of defendant *A. S. Flint;* plaintiff claiming as a subcontractor under the defendant *Harrison,* and claiming personal judgment against him. Judgment was granted for personal recovery of the amount claimed against *Harrison,* and denying any lien as against *Flint's* property. From such denial of lien the plaintiff *Swenson* appeals.

For the appellant there was a brief by *Tenneys, Hall & Swansen,* attorneys, and *Burr W. Jones,* of counsel, and oral argument by *Mr. S. T. Swansen* and *Mr. Jones.*

For the respondent *Flint,* there was a brief by *C. N. Brown,* attorney, and *Olin & Butler,* of counsel, and oral argument by *Mr. H. L. Butler* and *Mr. Brown.*

Per Curiam. By reason of his previous relations with this case as circuit judge, Mr. Justice Siebecker is unable to participate in its consideration. The other justices being equally divided in opinion, the judgment appealed from is affirmed.